# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 6D2023-1895
Lower Tribunal No. 14-CF-000536

———————————————————

MORTEZA AFSHAR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and WHITE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Morteza Afshar, Perry, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED